ORDERED.

Dated: **June 12, 2018**

_____
Arthur B. Briskman
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

                                            Chapter 13
                                  Case No.: 6:18-bk-00549-ABB

RALPH A. CUCCURO, JR. and
ELIZABETH T. CUCCURO,

      Debtors.
_____/

**ORDER GRANTING SECURED CREDITOR'S**
**ORE TENUS MOTION FOR DISBURSEMENTS**

**THIS MATTER** came before the Court on June 6, 2018 for confirmation and upon Movant's, BSI Financial Services, as Servicing Agent for HMC Assets, LLC, solely in its capacity as Separate Trustee of Community Development Fund I Trust's (the "Movant"), ore tenus motion for disbursement. The Court having considered Movant's ore tenus motion for disbursement, and being otherwise fully advised in the premises, it is hereby,

**ORDERED**, as follows:

1.    The Movant's ore tenus motion for disbursement by the Chapter 13 Trustee is **GRANTED**.

2.    The Trustee is directed to commence making adequate protection disbursement payments to Movant pursuant to the confirmed Chapter 13 Plan as payment for Movant's proof of claim [Claim No. 4-1] and all future payments pursuant to the Plan and/or any applicable future amendments to the Plan.

###

Submitted by:

**Chase A. Berger, Esq.**
Florida Bar No. 083794
**GHIDOTTI BERGER, LLP**
3050 Biscayne Blvd. - Suite 402
Miami, FL 33137
Telephone: (305) 502-2808
Facsimile: (954) 780-5578

Attorney **Chase Berger** is directed to serve copies of this Order on all interested parties and file a Certificate of Service within three (3) days from the entry date of this Order.