**United States Bankruptcy Court**
**Middle District of Florida**
**Orlando Division**

In re  Ralph A. Cuccuro Jr. and Elizabeth Cuccuro            Case No.   6:18-bk-00549-ABB
                                            Debtor(s)        Chapter    13

## REPORT TO THE COURT ON MEDIATION CONFERENCE

Pursuant to the Court's order, mediation in the above referenced case was scheduled for the 22nd day of June, 2018. Present were:

| |
|---|
| Debtor(s): Ralph A. Cuccuro Jr. and Elizabeth Cuccuro |
| Debtor's Counsel: Allison Moscato |
| Creditor/ Bank's Counsel: Chase Burger |
| Bank/ Servicer Representative: BSI Financial Services, Inc./ Kenya Smith (Loss Mitigation Specialist) and PRP Advisers/ Julie O'Hara (Director of Servicer Oversight) |

The outcome of the mediation was:

\_\_\_\_\_  1.  A full and complete settlement was reached. The parties are submitting their agreement to their attorneys, and a final draft will be submitted for the Court's approval.

\_\_\_\_\_  2.  A partial settlement agreement was reached. The parties are submitting their agreement to their attorneys, and a final draft will be submitted for the Court's approval. Some issues will require Court resolution.

\_\_\_\_\_  3.  The parties agree to reconvene to continue mediation.

__x__  4.  The parties have not reached an agreement. All issues require Court intervention.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all parties via ECF on June 25, 2018.

/s/ *Elizabeth F. McCausland*
Elizabeth F. McCausland, Esq.
Florida Bar No.: 0125822
Liz McCausland, PA
426 North Ferncreek Avenue
Orlando, FL 32803
(407) 992-8824
(407) 545-4335 fax
Liz@LizLawFirm.com