ORDERED.

Dated: **August 02, 2018**

_____
Arthur B. Briskman
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

IN RE:

Ralph A Cuccuro Jr
Elizabeth T Cuccuro

**Debtors**

Case No:   6:18-bk-00549-ABB

Chapter 13

### ORDER GRANTING DEBTORS' MOTION TO MODIFY CONFIRMED PLAN

**THIS CAUSE** came before the Court without a hearing upon the Debtors' Motion to Modify Confirmed Plan, (Document No. 32)  The Trustee, in her review of the Motion to Modify, noted the Debtors certified that all creditors and interested parties had received a copy of the Motion. The Court having noted that all issues are resolved by this Order and/or were resolved at the hearing, it is hereby:

**ORDERED AND ADJUDGED:**

1.  That the Debtors' Motion is granted, and the Order Confirming Chapter 13 Plan is modified, pursuant to the payments and disbursements set forth on Exhibit "A" attached hereto.

2.  All other provisions of the Order Confirming Chapter 13 Plan entered by this Court on June 07, 2018 shall remain the same and in full force and effect.

3.  The Debtor, Debtor's Counsel, each Creditor, and creditor's counsel are each responsible for their own independent review of this confirmation order and the distribution of the Plan payments set forth herein. Further, the numbers in the exhibit to the Confirmation Order reflect the disbursement codes that will be used for all funds received by the Trustee. The Debtor, Debtor's Counsel, each Creditor, and creditor's counsel are each responsible for their own independent review of said disbursement codes as well. DUE TO THE RES JUDICATA EFFECT OF THE CONFIRMATION ORDER AND THE SPECIFIC PROVISIONS THEREIN, IT IS IMPERATIVE THAT COUNSEL FOR ALL INTERESTED PARTIES REVIEW THIS ORDER THOROUGHLY AND TIMELY TAKE ALL STEPS NECESSARY TO CORRECT ANY PERCEIVED INACCURACIES.

**Exhibit "A"**

| Claim Nbr. | | Claim Type | Claim Amount | Claim Allowed | Notes | Monthly Payments | |
|---|---|---|---|---|---|---|---|
| AT | Allison Moscato | Attorney Fee | $1,800.00 | $1,800.00 | | | |
| 001 | First Data Global Leasing | General Unsecured | $1,435.60 | $1,435.60 | | 01-12/<br>01-60/ | $150.00<br>Pro Rata |
| 002 | Internal Revenue Service | Priority | $1,352.93 | $1,455.07 | ( 1 ) | 01-12/<br>13-55/<br>56-56/<br>57-57/ | $0.00<br>$27.22<br>$34.04<br>$250.57 |
| 003 | Wells Fargo Bank, N.A. | Ongoing Mortgage | $188,471.14 | $0.00 | ( 2 ) | 01-60/ | $498.52 |
| 004 | Bsi Financial Services | Ongoing Mortgage | $548,996.68 | $0.00 | ( 3 ) | 01-06/<br>07-60/ | $874.80<br>$3,232.51 |
| 103 | Wells Fargo Bank, N.A. | Mortgage Arrears | $11,674.55 | $11,674.55 | | 01-03/<br>04-12/<br>13-55/<br>56-56/ | $106.13<br>$133.22<br>$231.00<br>$224.18 |
| 104 | Bsi Financial Services | Mortgage Arrears | $107,468.62 | $107,468.62 | ( 4 ) | 01-06/<br>07-15/<br>16-16/<br>17-56/<br>57-57/<br>58-59/<br>60-60/ | $0.00<br>$849.25<br>$855.05<br>$2,263.25<br>$2,270.90<br>$2,521.47<br>$1,126.48 |
| 304 | Bsi Financial Services | Other Arrears | $14,146.26 | $14,146.26 | ( 5 ) | 01-05/<br>06-06/<br>07-15/<br>16-16/ | $0.00<br>$12.06<br>$1,414.00<br>$1,408.20 |
| 350 | Allison Moscato | Monitoring Fees | $1,200.00 | $1,200.00 | ( 6 ) | 01-12/<br>13-60/ | $0.00<br>$25.00 |

Note ( 1 )   CLAIM HAS BEEN AMORTIZED TO BE PAID WITH 3% INTEREST PER ANNUM IN ORDER TO PROVIDE FOR THE PAYMENT OF CLAIM PLUS INTEREST AND PENALTIES THAT MAY BE ASSESSED DURING THE PLAN TERM.

Note ( 2 )   PRINCIPAL DUE AMOUNT PURSUANT TO FILING OF PROOF OF CLAIM IS $188,471.14.

Note ( 3)   PRINCIPAL DUE AMOUNT PURSUANT TO FILING OF PROOF OF CLAIM IS $548,996.68. PURSUANT TO ORDER GRANTING SECURED CREDITOR'S ORE TENUS MOTION FOR DISBURSEMENTS FILED ON 6/12/2018, THE TRUSTEE SHALL IMMEDIATELY DISBURSE ON THIS CLAIM.
06-25-18  DOC 31 - MEDIATOR'S REPORT AND NOTICE OF INABILITY TO REACH AN AGREEMENT IN MEDIATION.

Note ( 4)   SEE NOTE FOR CLAIM 004

Note ( 5)   CLAIM REPRESENTS THE DIFFERENCE IN MORTGAGE PAYMENTS FROM MONTHS 1-6.  SEE NOTE FOR CLAIM 004.

Note ( 6)   THIS CLAIM REPRESENTS ATTORNEY MONITORING FEES.

### Debtor Payments to the Trustee

| Months | Amount |
| --- | --- |
| 1-3 | $1,810.50 |
| 4-5 | $1,840.60 |
| 6-6 | $1,854.00 |
| 7-59 | $6,976.00 |
| 60-60 | $6,967.00 |

ONLY TIMELY FILED CREDITORS SHALL BE PAID PRO RATA FROM FUNDS AVAILABLE AFTER PAYMENT OF PRIORITY AND SECURED CLAIMS.
Variations in distributions between the debtor's plan and this Order shall be resolved in favor of this Order.

NOTICE TO ALL CREDITORS LISTED ABOVE:  In an effort to disburse all funds held by the Trustee on a monthly basis, it is possible that you may on occasion receive partial payment. However, the Claim Allowed by this Court will be paid in full by the end of the Debtor's plan. All undesignated funds will be distributed to unsecured creditors.

ALL TAX RETURNS must be provided to the Trustee annually by April 30. All future refunds from the Internal Revenue Service shall be turned over to the Chapter 13 Standing Trustee for distribution to unsecured creditors.

ACCORDING TO THE CONFIRMED CHAPTER 13 PLAN, or any modified plan thereafter, the last regular monthly mortgage payment to be paid through the Chapter 13 Trustee's office is February 02, 2023. Therefore, it is important that the Debtors resume their regular monthly mortgage payments directly to the mortgage creditor thereafter.

Copies furnished to: All Creditors and Interested Parties.

Trustee Laurie K Weatherford is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.